■ NYCTL 1996-1 Trust et al., Respondents, v 209 Holding Corp., Appellant, et al., Defendants. [704 NYS2d 824] —In an action to foreclose a tax lien, the defendant 209 Holding Corp. appeals, as limited by its brief, from stated portions of an order of the Supreme Court, Kings County (Dowd, J.), entered September 25, 1998, which, *inter alia,* denied that branch of its motion which was to dismiss the complaint on the ground that the plaintiffs lacked standing.

Ordered that the order is affirmed insofar as appealed from, with costs.

The plaintiffs, NYCTL 1996-1 Trust and Bank of New York, as the owner of the subject tax liens and holder of the tax lien certificates, respectively, have standing to maintain this action (*see,* Administrative Code of City of NY §§ 11-332, 11-335; *NYCTL 1996-1 Trust v Railroad Maintenance Corp.,* 266 AD2d 39). Contrary to the defendants' contention, the Corporation Counsel of the City of New York may appear on behalf of the plaintiffs in this action (*see,* Administrative Code § 11-347). Thompson, J. P., Feuerstein, Schmidt and Smith, JJ., concur.

■ One John Street Realty Co., Appellant, v County of Suffolk, Respondent. [703 NYS2d 922] —In an action to recover damages for breach of contract, the plaintiff appeals from a judgment of the Supreme Court, Suffolk County (Henry, J.), entered October 23, 1998, which, upon an order of the same court dated September 10, 1998, denying its motion for summary judgment and granting the defendant's cross motion for summary judgment dismissing the complaint, dismissed the complaint.

Ordered that the judgment is reversed, on the law, with costs, the cross motion is denied, the complaint is reinstated, and the order dated September 10, 1998, is modified accordingly.

There are issues of fact requiring the denial of summary judgment to both parties. O'Brien, J. P., Joy, Florio and H. Miller, JJ., concur.